ALVIN SMITH V. THE STATE.

No. 18433.   Delivered January 20, 1937.
Rehearing Denied March 10, 1937.

The opinion states the case.

*J. A. Kibler*, of Waco, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—Assault with intent to murder is the offense; penalty assessed at confinement in the penitentiary for two years.

This is a companion case to Cass Honey v. State, No. 18,434, this day decided. Upon the reason and authority of that case, the judgment in the present instance is affirmed.

*Affirmed.*

### ON MOTION FOR REHEARING.

LATTIMORE, JUDGE.—This is a companion case to Cass Honey v. State, No. 18434, opinion on motion for rehearing this day handed down (page 98 of this volume). An identical charge was given on the trial of this appellant, and the complaint in the motion for rehearing is the same. Our conclusion is the same.

The motion for rehearing is overruled.

*Overruled.*